**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEBRA LANDRUM,** on behalf of herself and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**GOHLKE & COMPANY, P.C.,**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  4:25-cv-4597 |

## PLAINTIFF DEBRA LANDRUM AND DEFENDANT GOLKHE & COMPANY, P.C.'S JOINT MOTION TO STAY LITIGATION

Plaintiff Debra Landrum ("Plaintiff") and Defendant Gohlke & Company, P.C. ("Defendant") (together, the "Parties") jointly submit this motion requesting that the Court stay or suspend all proceedings and deadlines in the above-captioned matter. In support of this motion, the Parties submit as follows:

1. Plaintiff initiated this action on September 26, 2025.

2. On January 4, 2026, Defendant was served with the Summons and Complaint.

3. On February 17, 2026, Defendant filed its first Unopposed Motion for Extension of Time to File a Responsive Pleading, which was approved by the Court.

4. On March 24, 2026, Defendant filed its second Unopposed Motion for Extension of Time to File a Responsive Pleading, which was approved by the Court.

5. The Parties respectfully request that the Court vacate the upcoming deadlines (Dkt. Nos. 14, 19) and stay all proceedings while the Parties attend mediation on August 7, 2026, and engage in potential settlement negotiations.

6.      The Parties will provide a joint status report to the Court no later than August 21, 2026, fourteen (14) days after the Parties' scheduled mediation.

7.      Thus, in order to allow for the Parties to engage in potential settlement negotiations and to attend mediation on August 7, 2026, the Parties respectfully request a stay on all proceedings and deadlines, including the deadline for Defendant to file its responsive pleading on May 11, 2026, the Case Management Conference deadline on May 11, 2026, and the hearing scheduled for June 12, 2026.

8.      This motion is made in good faith, not for the purpose of delay, and will not prejudice any party in this action.

9.      Based on the forgoing, the Parties hereby respectfully request that the Court enter an order staying the above-captioned matter.

Respectfully submitted,

**McDOWELL HETHERINGTON LLP**

Dated: May 7, 2026                    */s/ Tyrone L. Haynes*
                                      TYRONE L. HAYNES
                                      State Bar No.: 24076430 / Federal Bar No.: 2303786
                                      1001 Fannin St., Suite 2400
                                      Houston, Texas 77002
                                      Telephone: (713) 337-5580
                                      Fax: (713) 337-8850
                                      E-mail: Tyrone.Haynes@mhllp.com

                                      -and-

                                      *[Signatures continued on following page]*

/s/ H. Nellie Fitzpatrick
HELEN L. FITZPATRICK
**CIPRIANI & WERNER PC.**
512 E. Township Line Road, Suite 302
Blue Bell, PA 19422
Telephone: (610) 567-07
Fax: (610) 567-9712
E-mail: nfitzpatrick@c-wlaw.com
***Attorneys for Defendant***

Dated: May 7, 2026                    **SHAMIS & GENTILE, P.A.**

/s/ Leanna A. Loginov
LEANNA A. LOGINOV
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 475-2299
E-mail: lloginov@shamisgentile.com

-and-

/s/ Cassandra P. Miller
CASSANDRA P. MILLER
*Pro Hac Vice*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Fax: (872) 263-1109
E-mail: cmiller@straussborrelli.com
***Attorneys for Plaintiff and Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 7th day of May, 2026:

/s/ Tyrone L. Haynes
TRYONE L. HAYNES